# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric Lamar Tolbert,

    Plaintiff(s),

vs.

Richard Neely,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv347

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/5/12 Order.

March 5, 2012

FRANK G. JOHNS, CLERK

BY: _Susan Hankins_ (signature)

Susan Hankins, Deputy Clerk